IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Krystal Wilson (Formerly Almaguer),<br><br>Plaintiff-Appellant,<br><br>v.<br><br>Cook County,<br><br>Defendant-Appellant. | Appeal No: 13-1464<br><br>Dist. Court No: 08 CV 587<br>Judge Sharon Johnson Coleman Presiding,<br>United States District Court for the Northern District of Illinois,<br>Eastern Division |

**UNOPPOSED MOTION BY PLAINTIFF-APPELLANT FOR EXTENSION OF TIME TO FILE PLAINTIFF-APPELLANT'S <u>PETITIONS FOR REHEARING AND REHEARING *EN BANC*</u>**

NOW COMES Plaintiff-Appellant, by the undersigned counsel, and files this Unopposed Motion for Extension of Time to File Plaintiff-Appellant's Petitions for Rehearing and Rehearing *En Banc*, and in support thereof, states the following:

1. On February 10, 2014, Honorable Judge Griesbach, sitting by designation, issued the written opinion affirming the District Court's decision in this appeal. (Docket 32.)

2. Plaintiff-Appellant's counsel is preparing a Petition for Rehearing and a Petition for Rehearing *En Banc* pursuant to Federal Rules of Appellate Procedure 35 and 40 because the panel decision overlooked certain points of law and fact, FED. R. APP. P. 40, and conflicts with Supreme Court and Seventh Circuit case law and therefore, consideration by the full court is necessary to secure and maintain uniformity of the court's decision, FED. R. APP. P. 35. In addition, the issues to be addressed in Plaintiff-

Appellant's request for rehearing *en banc* also involve questions of exceptional importance pursuant to FED. R. APP. P. 35.

3. Under FED. R. APP. P. 35(c) and 40, Plaintiffs-Appellees' Petition for Rehearing and Plaintiffs-Appellees' Petition for Rehearing *En Banc* are due on February 24, 2014.

4. Pursuant to FED. R. APP. P. 26(b) and 40, this Court has discretion to extend the time for the filing of these Petitions.

5. While Plaintiff-Appellant's counsel has been diligently working on Plaintiff-Appellant's Petitions, Plaintiff-Appellant's counsel has among the following briefs and discovery deadlines that require her attention and necessitate this motion for extension:

   a. An appeal brief that was due on February 18, 2014 in *Cipolla v. Village of Oak Lawn*, Case. No. 13-2228 (Ill. 1st Dist. App.);

   b. A trial on February 13-14, 2014 in the case of *Dart v. Zimny*, Case No. MB 1655 (Cook County Sheriff's Merit Board);

   c. A response to a motion for summary judgment in *Hernandez, et al. v. Cook County Sheriff's Office, et al.*, Case No. 07 CV 00855 (N.D. Ill.), which is currently due February 28, 2014;

   d. An appeal reply brief due on March 25, 2014 in *People v. Gater*, Case No. 10-1982 (Ill. 1st Dist. App.); and

   e. Discovery deadlines in *Jump v. Montgomery County, et al.*, Case No. 13 CV 3084 (C.D. Ill.), *Warren, et al. v. Dart, et al.*, Case No. 09 CV 03512 (N.D. Ill.), *Villa, et al. v. Heartland Food Corp., et al.*, Case No. 2012 L 011559 (Circuit Court of Cook

County, Ill.), and *Mendez v. Town of Cicero, et al.* Case. No. 2012 L 009049 (Circuit Court of Cook County, Ill.), which cannot be moved.

6. Plaintiff-Appellant's counsel seeks an extension of time to file Plaintiff-Appellant's Petition for Rehearing and Petition for Rehearing *En Banc* until April 25, 2014 for good cause in light of the following: both Petitions involve significant and complex legal issues for which the research must be completed and addressed fully in Plaintiff-Appellant's Petitions.

7. Extreme hardship to Plaintiff-Appellant will result unless an extension is granted. Absent an extension providing the additional time to fully prepare the Petitions in this case, Plaintiff-Appellant's counsel will be unable to adequately address all of the legal and factual issues and fully prepare Plaintiff-Appellant's petitions in the immediate case.

8. Plaintiff-Appellant's counsel contacted Defendant-Appellee's counsel, Mr. Pullos, regarding the requested extension, who has indicated that he has no objection to this motion.

9. This Motion is not filed for purposes of delay, but only so that justice may be served for the reasons stated above.

WHEREFORE, for the above stated reasons, Plaintiff-Appellant respectfully requests that the Court grant this Motion extending the date on or by which Plaintiff-Appellant is required to file her Petitions for Rehearing and Rehearing *En Banc* to April 25, 2014, together with such further relief to which she is justly entitled.

Respectfully submitted,

KRYSTAL ALMAGUER

*s/Dana L. Kurtz*

Attorney for Plaintiff-Appellant

Dana L. Kurtz (6256245)
KURTZ LAW OFFICES, LTD.
32 Blaine Street
Hinsdale, IL  60521
Phone:  (630) 323-9444
Facsimile:  (630) 604-9444
Email:  dkurtz@kurtzlaw.us

## CERTIFICATE OF SERVICE

The undersigned states that the attached UNOPPOSED MOTION BY PLAINTIFF-APPELLANT FOR EXTENSION OF TIME TO FILE PLAINTIFF-APPELLANT'S PETITIONS FOR REHEARING AND REHEARING *EN BANC* was served on the parties as listed below, via the courts ECF system on February 19, 2014:

James Pullos james.pullos@cookcountygov.il
Nile Miller nile.miller@cookcountygov.il

*s/Dana L. Kurtz*

Attorney for the Plaintiff-Appellant